**From:** **Parker, Howard** howard.parker@morganstanley.com
**Subject:** Please call to review
**Date:** February 25, 2022 at 9:57 AM
**To:** wjmk2009@gmail.com



Hi Whitney,

Hope all is well. I tried to reach you by phone but your message was full.  I thought that it would be helpful to revisit your desire to obtain a mortgage.  Please call me when you have a moment.

Best Regards,

Howard Parker

First Vice President-Wealth Management
Financial Advisor
Financial Planning Specialist
Senior Portfolio Manager


Morgan Stanley Wealth Management
10 Madison Avenue, 1st Floor
Morristown, NJ 07962-1908

1-877-342-5471

Howard.parker@morganstanley.com

NMLS # 1290674

Morgan Stanley. Member SIPC


please feel free to visit: http://www.morganstanleyfa.com/howardparker/
**Confidentiality Notice:** *The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person*

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so here .  Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures