**From:** Tim Birkmeier QuickenLoans@email.quickenloans.com
**Subject:** We're Here to Make Your Refinance Easy
**Date:** January 4, 2019 at 9:51 AM
**To:** wjmk2009@gmail.com

Hello Whitley,

My name is Tim Birkmeier and I'm Vice President of Mortgage Banking at Quicken Loans. M is working on your refinance request, but we would like to get more info about your financial

Please share a little about your reason to refinance. Also tell us the best time to reach you s can share some options for you.

You may call my team at (800) 752-1244, or chat online with a member of my team if that's e We look forward to talking to you soon!

Sincerely,

**Tim Birkmeier** | Vice President, Mortgage Banking
Toll Free: (800) 752-1244
NMLS #6408



For J.D. Power award information, visit JDPower.com.

To no longer receive emails from Quicken Loans, specify your preferences. For the best client service, we record and monitor your com (e.g., phone, email, chat, our website, etc.) with us.

Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 quik.100380981

LLA3421077639