**MESSINA & ASSOCIATES**
ATTORNEYS & COUNSELLORS AT LAW
**118 NORTH BEDFORD ROAD
SUITE 100
MOUNT KISCO, NEW YORK 10549**
_____

TELEPHONE:  (914) 949-9440
FACSIMILE:   (914) 931-9392
ajmessina@messinalawfirm.net

ANTHONY JOHN MESSINA                                                                                                    PATRICIA A. CALANDRINO
Tahesha LeFevre, Paralegal                                                                                                     Office Manager, 1985-2007
_____                                                                                      _____

February 2, 2024

Honorable Vincent L. Briccetti
United States District Court Judge
United States District Court-Southern District of New York
500 Quarropis Avenue
White Plains, New York 10601

*RE: SYBIL SLATEN and WARREN SLATEN v WHITNEY
J. SLATEN and MARTHA SLATEN 22 CV 9488 (VB)*

Dear Judge Briccetti:

  I respectfully submit this question regarding your Order of January 9, 2024, wherein you directed counsel to file a joint letter with the Court no later than February 9, 2024 setting forth their "efforts" at settlement and where the matter stands after those efforts. My question is whether the Court seeks a detailed explanation of those efforts or merely the results of the settlement "efforts" and respective positions regarding submission of the matter to Magistrate Judge McCarthy for Mediation?

                     Respectfully submitted,

                     MESSINA & ASSOCIATES
                     BY: Anthony John Messina, Esq. (2354)

AJM:tbm
cc: Joseph Carnonaro, Esq. (via Pacer)