```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WARREN C. SLATEN and SYBIL SLATEN,        :
                    Plaintiffs,           :
v.                                        :   ORDER
                                          :
WHITNEY J. SLATEN AND MARTHA              :   22 CV 9488 (VB)
SLATEN,                                   :
                    Defendants.           :
--------------------------------------------------------------x
```

As discussed at a conference held on the record today, at which counsel for all parties appeared, it its HEREBY ORDERED:

1. The deadline to complete all discovery is extended to **August 1, 2024**.

2. The next case management conference is scheduled for **August 7, 2024**, at 12:00 p.m. The conference will also serve as a pre-motion conference for any party seeking to move for summary judgment.

3. By **July 24, 2024**, any party planning to move for summary judgment must file a letter-motion in accordance with paragraph 2.B.ii of Judge Briccetti's individual practices.

4. By **July 31, 2024**, the opposing party must file a response letter to any letter-motions.

5. At the August 7, 2024, conference, the parties shall be prepared to discuss whether the parties consent to a bench trial, and if so, whether it is appropriate or necessary to submit motions for summary judgment.

6. Counsel shall continue to discuss settlement in good faith. By **August 1, 2024**, counsel shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

Dated: May 30, 2024
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge