USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WARREN C. SLATEN and SYBIL SLATEN, :
          Plaintiffs, :
v. : **ORDER**
 :
WHITNEY J. SLATEN AND MARTHA : 22 CV 9488 (VB)
SLATEN, :
          Defendants. :
--------------------------------------------------------------x

    As set forth in a bench ruling on the record on April 23, 2025, the Court found in favor of defendants on plaintiffs' remaining claim for relief. The Court previously dismissed the plaintiffs' other claims for relief. (Doc. #41). Accordingly, the Clerk is directed to enter judgment in favor of the defendants on all counts and close this case.

Dated: April 24, 2025
      White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge