**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WARREN C. SLATEN and SYBIL SLATEN,

                    Plaintiffs,

    -against-                                   22 **CIVIL** 9488 (VB)

                                                        **JUDGMENT**

WHITNEY J. SLATEN AND MARTHA
SLATEN,

                    Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated on record in a bench ruling on April 23, 2025, and order dated April 24, 2025, the Court found in favor of defendants on plaintiffs' remaining claim for relief. The Court previously dismissed the plaintiffs' other claims for relief. (Doc. #41). Accordingly, judgment is entered in favor of the defendants on all counts and this case is closed.

**Dated:**  New York, New York

      April 25, 2025

                                                      **TAMMI M HELLWIG**
                                                        **Clerk of Court**

                  **BY:** _[signature]_

                                                        **Deputy Clerk**